In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-16-00225-CV
_____

**BEAUMONT HOME HEALTH SERVICE, INC., Appellant**

**V.**

**DEBRA FOX, Appellee**

**On Appeal from the 58th District Court
Jefferson County, Texas
Trial Cause No. A-197,796**

**MEMORANDUM OPINION**

The appellant, Beaumont Home Health Service, Inc., and the appellee, Debra Fox, filed a joint motion to dismiss this accelerated appeal. The motion is voluntarily made by the parties prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a). We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

1

Submitted on August 24, 2016
Opinion Delivered August 25, 2016

Before McKeithen, C.J., Kreger and Johnson, JJ.